# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>CHAD CARLSON,<br><br>                 Defendant. | **ORDER SETTING CONDITIONS OF RELEASE**<br><br><br>Case Number: 4:20cr3108 |

**IT IS ORDERED** that the release of the defendant is subject to the following conditions:

(1)     The defendant must not commit any offense in violation of federal, state or local law while on release in this case.

(2)     The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)     The defendant must immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(4)     The defendant must appear at all proceedings as required and must surrender for service of any sentence imposed as directed.

The defendant must next appear at (if blank, to be notified):

**before Cheryl R. Zwart, U.S. Magistrate Judge,**
**by videoconference, at 2:00 p.m. on June 10, 2021.**

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release subject to the above conditions will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

**IT IS FUTHER ORDERED** that the release of the defendant is also subject to the following conditions.

**Court Supervision and Restrictions.** The defendant must:

☒     (a)     Truthfully report to the United States Probation and Pretrial Services Office as directed  (402) 437-1920 and comply with their directions.

☒     (d)     Maintain or actively seek employment.

☒     (f)     Obtain no passport.  Surrender any passport to U.S. Pretrial Services.

☒     (g)     Abide by the following restrictions on personal associations, place of abode, or travel: **Not leave Douglas County, Nebraska unless pre-approved by the supervising officer or the Court.**

☒     (h)     Avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

☒   (k)   Reside at Stephen Center, Omaha, Nebraska facility at all times and comply with all the rules of such facility.  In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

☒   (l)   Not possess a firearm, destructive device, or other dangerous weapon.

☒   (m)   Refrain from any use or possession of alcohol.

☒   (n)   Not possess or use a narcotic drug or other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

☒   (o)   Submit to any method of testing at his own expense as required by the officer for determining whether the defendant is using a prohibited substance.  Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol testing system.  Defendant must not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his/her own, nor otherwise adulterate any samples submitted for testing.  All collections of fluids for testing must be at the defendant's expense, payable at the time of collection.

☒   (q)   Participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; and ☒ pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer.  Copies of the evaluator's reports and recommendations must be given to all counsel and the court.

☒   (s)   Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

☒   (v)   Not be with, associate with, or communicate with persons known or suspected to be or to have been involved in drug use or trafficking or weapons possession or weapons trafficking without the prior approval of the supervising officer or the Court ☐ except immediate family members; and/or ☒ as required by a treatment regimen.

☒   (w)   Submit to search of person, place of residence or vehicle, upon request of law enforcement or Pretrial Services.

☒   (y)   Make payments on child support arrearage when you obtain employment.

☐   (z)   Click here to enter text.

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor.  This sentence must be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation.  It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you must be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less that fifteen years, you must be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony, you must be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor, you must be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender must be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

# ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

Signed by:
Cheryl R. Zwart, U.S. Magistrate Judge
With Defendant's consent

Signature of Defendant
Click here to enter text.
(Address)
Click here to enter text.          Click here to enter text.

(City and State)                          (Telephone)

# DIRECTIONS TO UNITED STATES MARSHAL

☒     The defendant is ORDERED released on April 16, 2021 at 7:00 a.m. to Cody Morris.

☐     The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions of release.  The defendant must be produced before the appropriate judicial officer at the time and place specified, if still in custody.

DATED:  April 15, 2021

s/ Cheryl R. Zwart
U.S. Magistrate Judge