IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHAD CARLSON,<br><br>　　　　　　　Defendant. | 4:20CR3108<br><br>**ORDER** |

　　　　Defendant violated the terms of pretrial release. Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed plus the following additional conditions:

　　a.　　Defendant is not permitted to live with his girlfriend and the victim of his alleged domestic assault, Melissa Morris.

　　b.　　Defendant is not permitted to live in, or in close proximity to, Kearney, Nebraska.

　　c.　　Defendant is permitted to live in Lincoln or Omaha, Nebraska, subject to the prior approval of his living arrangements by his supervising officer.

　　Dated this 30th day of September, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge